UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

APR 1 5 2025

Nathan Ochsner Clerk of Court

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CRIMINAL NO. B-25-226 |
| PEDRO CARDIEL-RODRIGUEZ | § | |

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

On or about March 27, 2025, within the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendant,

### PEDRO CARDIEL-RODRIGUEZ,

did knowingly conspire with persons known and unknown to the Grand Jurors to ship, transport, cause to be transported, and otherwise dispose of a firearm, namely, one (1) Taurus, G3C model, 9 mm pistol, serial number AGB014342 to another person, in and otherwise affecting interstate and foreign commerce, knowing, and having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient would constitute a felony.

In violation of Title 18, United States Code, Sections 933(a)(3) and 933(b).

### COUNT TWO

On or about March 27, 2025, within the Southern District of Texas and within the jurisdiction of the Court, Defendant,

### PEDRO CARDIEL-RODRIGUEZ,

did willfully and knowingly export and send, and attempt to export and send, merchandise from the United States to Mexico, namely, one (1) Taurus, G3C model, 9 mm pistol, serial number AGB014342; one thousand six hundred fifty-two (1,652) rounds of 22LR

ammunition; one hundred (100) rounds of 5.56 ammunition; and one hundred (100) rounds of .32 auto ammunition, contrary to the laws and regulations of the United States, to wit: Title 50, United States Code, Section 4819 and Title 15, Code of Federal Regulations, Sections 774 and 736.2(b)(1).

In violation of Title 18, United States Code, Section 554(a) and Title 18, United States Code, Section 2.

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are incorporated by reference as though set forth in full herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 934 and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense charged in the indictment, Defendant,

### PEDRO CARDIEL-RODRIGUEZ,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 934 and Title 28, United States Code, Section 2461(c), all merchandise involved in, used, or intended to be used in the commission of such offense, including, but not limited to, the following:

1) one (1) Taurus, G3C model, 9 mm pistol, serial number AGB014342
2) one thousand six hundred fifty-two (1,652) rounds of 22LR ammunition
3) one hundred (100) rounds of 5.56 ammunition
4) one hundred (100) rounds of .32 auto ammunition

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

_____
VICTORIA ARANDA
Assistant United States Attorney